# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| VANCE NORTON, GARY JENSEN, KEITH CAMPBELL, ANTHONEY BYRON, BEVAN WATKINS, and TROY SLAUGH,<br><br>Plaintiffs,<br><br>v.<br><br>THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION, a federally recognized Indian Tribe; the BUSINESS COMMITTEE FOR THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION, in its official capacity; the UTE TRIBAL COURT OF THE UINTAH AND OURAY RESERVATION; the HONORABLE WILLIAM REYNOLDS, in his official capacity as Acting Chief Judge of the Ute Tribal Court; DEBRA JONES and ARDEN POST, individually and as the natural parents of Todd R. Murray; and DEBRA JONES as personal representative of the Estate of Todd R. Murray,<br><br>Defendants. | **ORDER FOLLOWING ORAL RULINGS**<br><br>Case No. 2:15-cv-00300<br><br>Chief Judge Robert J. Shelby |

The court held a status and scheduling conference in the above-captioned case on March 1, 2019. Jesse Trentadue appeared for Plaintiffs Vance Norton, Gary Jensen, Keith Campbell, Anthony Byron, Bevan Watkins, and Troy Slaugh. Kyle Kaiser and Scott Cheney appeared for Intervening Plaintiffs Dave Swenson, Jeff Chugg, Rex Olsen, Craig Young, and Sean Davis. Jeffrey Rasmussen and J. Preston Stieff appeared for all Defendants.

For the reasons stated on the record and as the court ordered at the hearing:

1

1.	Pursuant to the parties' stipulation, Ute Trial Court Chief Judge John St. Clair is hereby substituted as a party for Defendant Thelma Stiffarm, former Ute Trial Court Chief Judge, and former Chief Judge Stiffarm is dismissed;

2.	Defendants Ute Indian Tribe of the Uintah and Ouray Reservation, Business Committee for the Ute Tribe of the Uintah and Ouray Reservation, and the Ute Tribal Court of the Uintah and Ouray Reservation are dismissed from this action as the Tenth Circuit Court of Appeals has found they enjoy sovereign immunity from suit;

3.	The case is stayed pending exhaustion of the trespass claim pending in the Ute Tribal Court;

4.	The case is administratively closed;

5.	The parties shall jointly notify the court of the resolution of the trespass claim through trial, appeal, settlement, or other exhaustion within fourteen (14) days of its resolution.

SO ORDERED this 1st day of March, 2019.

BY THE COURT

_____
Chief District Court Judge Robert J. Shelby