Jeffrey S. Rasmussen (*Admitted Pro Hac Vice*)
Jeremy J. Patterson (*Admitted Pro Hac Vice*)
Frances C. Bassett (*Admitted Pro Hac Vice*)
**FREDERICKS PEEBLES & PATTERSON LLP**
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155
Email: jrasmussen@ndnlaw.com
Email: jpatterson@ndnlaw.com
Email: fbassett@ndnlaw.com

J. Preston Stieff, USB #4764
**J. PRESTON STIEFF LAW OFFICES**
110 South Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 366-6002
Email: jps@stiefflaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| VANCE NORTON, ET AL | : | CASE NO. 2:15-CV-00300 |
| Plaintiffs, | : | Judge Robert J. Shelby |
| vs. | : | **NOTICE OF CHANGE** |
| JOHN ST. CLAIR, | : | **OF FIRM NAME** |
| Defendant. | : | |

Pursuant to DUCivR 83-1.3(e), notice is hereby given that effective April 1, 2019, Fredericks Peebles & Morgan LLP has changed its name to Fredericks Peebles & Patterson LLP. The firm's addresses, phone number, fax numbers, and email addresses, and those of its attorneys, have not been affected by this change.

1

Dated this 8th day of April, 2019.

                                          */s/ Jeffrey S. Rasmussen*
                                          Jeffrey S. Rasmussen (*Admitted Pro Hac Vice*)
                                          Jeremy J. Patterson (*Admitted Pro Hac Vice)*
                                          Frances C. Bassett (*Admitted Pro Hac Vice*)
                                          **FREDERICKS PEEBLES & PATTERSON LLP**
                                          1900 Plaza Drive
                                          Louisville, CO 80027
                                          Telephone: (303) 673-9600
                                          Facsimile: (303) 673-9155
                                          Email: jrasmussen@ndnlaw.com
                                          Email: jpatterson@ndnlaw.com
                                          Email: fbassett@ndnlaw.com

                                          J. Preston Stieff, USB #4764
                                          **J. PRESTON STIEFF LAW OFFICES**
                                          110 South Regent Street, Suite 200
                                          Salt Lake City, UT 84111
                                          Telephone: (801) 366-6002
                                          Email: jps@stiefflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2019, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM NAME** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties of record.

                                          */s/ Sarah M. Harrington*
                                          Sarah M. Harrington